# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DIXON II and ANTHONY FLORES,<br><br>                     Petitioners,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                     Respondent. | CASE NO. 12-CV-1141 H (BLM)<br><br>**ORDER DENYING PETITION FOR HEARING AS MOOT** |

On May 10, 2012, Petitioner John Dixon II ("Petitioner") filed a petition for a hearing to adjudicate the validity of Petitioner's interest in approximately $18,467 that was forfeited in the criminal case, United States v. Garcia-Jara, 10-CR-5016 (S.D. Cal.) (Doc. No. 1.) On July 25, 2012, the United States and Petitioner filed a joint motion resolving "the matter of the seizure and forfeiture of the above-referenced defendant, $18,467.00 in U.S. Currency." (Case No. 12-CV-290, Doc. No. 16 at p. 1.) On September 14, 2012, the Court concluded that the joint motion "is dispositive of the Petition of Third Party Petitioner John Dixon II as to $18,467.00 of the $19,566.00 forfeited in this case." (Case No. 10-CR-5016, Doc. No. 889 at pp. 1-2.) Accordingly, the Court denies the petition for hearing as moot.

**IT IS SO ORDERED.**

DATED: May 17, 2013

                                                _____
                                                MARILYN L. HUFF, District Judge
                                                UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28